UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
BELMOND ANGUILLA OWNER, LLC,

    Petitioner,

  -against-          Case No. 1:22-cv-04817

DCK INTERNATIONAL, LLC and DCK
WORLDWIDE, LLC,

    Respondents.
------------------------------------- X

### ORDER TO CONFIRM ARBITRATION AWARD

THIS MATTER having been brought before the Court by Petitioner Belmond Anguilla Owner, LLC's Verified Petition to Confirm Arbitration Award pursuant to 9 U.S.C. § 9 and 9 U.S.C. § 13, and the Court having considered the submissions and arguments in support of and in opposition to the Verified Petition, and for good and sufficient cause shown:

  IT IS, on this ___9___ day of ___August___ 2022,

  ORDERED that Belmond Anguilla Owner, LLC's Verified Petition against DCK International, LLC and DCK Worldwide, LLC to confirm the Final Award entered in binding arbitration between the parties by Arbitrators Thomas J. Rossi, Sayward Mazur, and Peter N. Wang on May 7, 2022 is GRANTED in its entirety; and

  IT IS FURTHER ORDERED that the Clerk shall enter the Final Award as a judgment and mark the case closed.

Dated: August 9, 2022

                _/s/ Alvin K. Hellerstein_
                HON. ALVIN K. HELLERSTEIN