**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
BELMOND ANGUILLA OWNER, LLC,

                Petitioner,                      22 **CIVIL** 4817

       -against-                      **JUDGMENT**

DCK INTERNATIONAL, LLC and DCK
WORLDWIDE, LLC,

                Respondents.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 10, 2022, Belmond Anguilla Owner, LLC's Verified Petition against DCK International, LLC and DCK Worldwide, LLC to confirm the Final Award entered in binding arbitration between the parties by Arbitrators Thomas J. Rossi, Sayward Mazur, and Peter N. Wang on May 7, 2022 is GRANTED in its entirety; accordingly, the case is closed.

**Dated**: New York, New York
        August 12, 2022

                                                                         **RUBY J. KRAJICK**

                                                                           Clerk of Court
                                       **BY:**     *K. Mango*
                                                                          **Deputy Clerk**